IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

LTC MANAGEMENT SERVICES, LLC,
and HEALTH SYSTEMS, INC.,

          Plaintiffs,

v.

JONATHAN STEELE; STEELE LAW FIRM, LLC; STEELE LAW FIRM II, LLC; STEELE CHAFFEE, LLC; STEPHANIE ALEXANDER; Judicial
and MICHELLE WHITE,

          Defendants.

Case No.

(Removed from the 16th

Circuit of Jackson County, MO Case No. 2516-CV37442)

## NOTICE OF REMOVAL

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**: <u>**JURY TRIAL DEMANDED**</u>

PLEASE TAKE NOTICE THAT Defendant Jonathan Steele, individually and as the sole member of Defendants Steele Law Firm, LLC, Steele Law Firm II, LLC, and Steele Chaffee, LLC (collectively, "Removing Defendants"), hereby removes this action from the Circuit Court of Jackson County, Missouri, 16th Judicial Circuit, to the United States District Court for the Western District of Missouri, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1447.

**I.    BACKGROUND**

1.    Plaintiffs LTC Management Services, LLC and Health Systems, Inc. commenced this action on November 14, 2025, by filing a Petition for Damages for Malicious Prosecution in the Circuit Court of Jackson County, Missouri, 16th Judicial Circuit, styled *LTC Management Services, LLC, et al. v. Jonathan Steele, et al.*, Case No. 2516-CV37442. A true and correct copy of the Petition, together with all process, pleadings, and orders from the state court action, is attached hereto as Exhibit 1.

1

2. Plaintiffs' Petition asserts a single claim for malicious prosecution against all Defendants, arising from the prior litigation styled *Stephanie Alexander and Michelle White v. N & R of South Kansas City, LLC, Health Systems, Inc., and LTC Management Services, LLC*, 16th Judicial Circuit of Jackson County, Missouri, Case No. 1916-CV29764, and the subsequent appeal prosecuted before the Court of Appeals for the Western District of Missouri as Appeal No. WD87040.

3. Plaintiffs seek compensatory damages "exceeding $25,000," including "substantial attorney's fees, significant litigation expenses, and other recoverable costs and expense" allegedly incurred in defending the underlying seven-day jury trial and subsequent appeal.

## II. TIMELINESS OF REMOVAL

4. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(1) because it is being filed within thirty days of the date on which Removing Defendants received the Petition through service of process.

5. This Notice of Removal is also timely pursuant to 28 U.S.C. § 1446(c)(1) because it is being filed within one year of the commencement of this action on November 14, 2025.

## III. VENUE

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because this action is being removed to "the district court of the United States for the district and division embracing the place where such action is pending." The state court action is pending in the Circuit Court of Jackson County, Missouri, which is located within the Western District of Missouri. *See* 28 U.S.C. § 105(a).

## IV. GROUNDS FOR REMOVAL: DIVERSITY JURISDICTION

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1), which provides that district courts have original jurisdiction over civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States.

### A. Complete Diversity Exists Among the Parties

8. Complete diversity of citizenship exists between the Plaintiffs and the Defendants who have been properly joined and served in this action.

#### 1. Plaintiffs' Citizenship

9. Plaintiff LTC Management Services, LLC is a limited liability company organized under the laws of the State of Missouri. As alleged in the Petition, LTC is "a limited liability company organized under the laws of the State of Missouri." For purposes of determining diversity jurisdiction, a limited liability company takes the citizenship of all its members. *See GMAC Commercial Credit LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004). Upon information and belief, the members of LTC Management Services, LLC are citizens of Missouri, making LTC a citizen of Missouri for diversity purposes.

10. Plaintiff Health Systems, Inc. is, as alleged in the Petition, "a corporation formed under the laws of the State of Missouri." A corporation is deemed a citizen of the State where it is incorporated and the State where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1). Upon information and belief, Health Systems, Inc. is incorporated in Missouri and has its principal place of business in Missouri, making it a citizen of Missouri for diversity purposes.

3

### 2. Defendants' Citizenship

11. Defendant Jonathan Steele is an individual who is domiciled in the State of Kansas and citizen of the State of Kansas. Accordingly, Jonathan Steele is a citizen of Kansas for purposes of diversity jurisdiction.

12. Defendant Steele Law Firm, LLC is a limited liability company organized under the laws of the State of Missouri. Jonathan Steele is the sole member of Steele Law Firm, LLC. Because Jonathan Steele is a citizen of Kansas, Steele Law Firm, LLC is likewise a citizen of Kansas for purposes of diversity jurisdiction. *See GMAC Commercial Credit LLC,* 357 F.3d at 829.

13. Defendant Steele Law Firm II, LLC is a limited liability company organized under the laws of the State of Missouri. Jonathan Steele is the sole member of Steele Law Firm II, LLC. Because Jonathan Steele is a citizen of Kansas, Steele Law Firm II, LLC is likewise a citizen of Kansas for purposes of diversity jurisdiction.

14. Defendant Steele Chaffee, LLC is a limited liability company organized under the laws of the State of Missouri. Jonathan Steele is the sole member of Steele Chaffee, LLC. Because Jonathan Steele is a citizen of Kansas, Steele Chaffee, LLC is likewise a citizen of Kansas for purposes of diversity jurisdiction.

15. Defendant Stephanie Alexander is an individual residing in Collin County, Texas. The Petition indicates that Stephanie Alexander resides at 4607 Timberglen Rd., Apt 1724, Dallas, Texas 75287. Accordingly, Stephanie Alexander is a citizen of Texas for purposes of diversity jurisdiction.

16. Defendant Michelle White is an individual residing in Jackson County, Missouri. The Petition indicates that Michelle White resides at 3501 E. 104th Street, Kansas City, Missouri 64137. As a Missouri resident, Michelle White would ordinarily be a citizen of the same state as the Plaintiffs. However, as set forth below, Michelle White's citizenship is not considered for purposes of removal because she has not been served with process in this action.

### 3. The Forum Defendant Rule Does Not Bar Removal

17. Under 28 U.S.C. § 1441(b)(2), a civil action otherwise removable solely on the basis of diversity jurisdiction under 28 U.S.C. § 1332(a) "may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." (emphasis added).

18. The forum defendant rule applies only to defendants who have been properly joined and served.

19. Defendant Michelle White is the only defendant in this action who is a citizen of Missouri, the state in which this action was brought. However, as of the date of this Notice of Removal, Michelle White has not been served with process in this action. Because Michelle White has not been properly joined and served, her citizenship is not considered for purposes of the forum defendant rule, and removal is proper.

20. All other Defendants who have been properly joined and served are citizens of states other than Missouri: Jonathan Steele, Steele Law Firm, LLC, Steele Law Firm II, LLC, and Steele Chaffee, LLC are all citizens of Kansas; Stephanie Alexander is a citizen of Texas. Accordingly, the forum defendant rule does not bar removal of this action.

5

Case 4:25-cv-00926-DGK   Document 1   Filed 11/24/25   Page 5 of 10

#### 4. Summary of Complete Diversity

21. In summary, complete diversity exists between the Plaintiffs (citizens of Missouri) and the Defendants who have been properly joined and served (citizens of Kansas and Texas). Because no properly joined and served defendant is a citizen of Missouri, the forum defendant rule does not apply, and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

### B. The Amount in Controversy Exceeds $75,000

22. The amount in controversy in this action exceeds $75,000, exclusive of interest and costs.

23. Plaintiffs seek compensatory damages that include "substantial attorney's fees, significant litigation expenses, and other recoverable costs and expense" allegedly incurred in defending the underlying action. The underlying action proceeded through a seven-day jury trial in November 2023, followed by post-trial proceedings and an appeal to the Missouri Court of Appeals for the Western District of Missouri that concluded on May 28, 2025.

24. The attorney's fees and litigation expenses associated with defending a seven-day jury trial, post-trial motions, and a full appellate proceeding readily exceed $75,000. Plaintiffs' prayer for relief seeks damages "exceeding $25,000," but the nature and scope of the damages claimed—including substantial attorney's fees and litigation expenses from years of litigation—demonstrate that the actual amount in controversy far exceeds the jurisdictional threshold.

25. Accordingly, the amount in controversy requirement of 28 U.S.C. § 1332(a) is satisfied.

## V. CONSENT OF DEFENDANTS

26. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all defendants who have been properly joined and served must consent to or join in removal within thirty days after receipt of the initial pleading.

27. Defendant Jonathan Steele, individually and as the sole member and authorized representative of Defendants Steele Law Firm, LLC, Steele Law Firm II, LLC, and Steele Chaffee, LLC, consents to and joins in this Notice of Removal on behalf of himself and each of the LLC Defendants.

28. Defendant Stephanie Alexander has not yet been served with process in this action. As an unserved defendant, her consent is not required for removal.

29. Defendant Michelle White has not been served with process in this action. As an unserved defendant, her consent is not required for removal.

## VI. NOTICE TO ADVERSE PARTIES AND STATE COURT

30. Concurrently with the filing of this Notice of Removal in this Court, Removing Defendants will serve written notice of removal on Plaintiffs and their counsel and file a copy of this Notice of Removal with the Clerk of the Circuit Court of Jackson County, Missouri, as required by 28 U.S.C. § 1446(d).

## VII. RESERVATION OF RIGHTS AND DEFENSES

31. Removing Defendants reserve all defenses, objections, and rights available to them under applicable law, including but not limited to defenses and objections relating to venue, personal jurisdiction, sufficiency of process, sufficiency of service of process, failure to state a claim upon which relief can be granted, and any other applicable defenses. The filing of this Notice of Removal is without waiver of any such defenses, objections, or rights.

32. Removing Defendants further reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, Removing Defendants respectfully remove this action from the Circuit Court of Jackson County, Missouri, 16th Judicial Circuit, to this Court.

8

Case 4:25-cv-00926-DGK   Document 1   Filed 11/24/25   Page 8 of 10

Dated: November 25, 2025

Respectfully Submitted,

STEELE LAW FIRM II, LLC

*/s/ Jonathan Steele*
Jonathan Steele
MO#63266/KS#24852/OK# #35997
Email: jonathan@nursinghomeabuselaw.com
Direct: (913) 356-9630
Office: (816) 466-5947
Fax: (913) 416-9425
nursinghomeabuselaw.com

Missouri Office
2029 Wyandotte, Suite 100
Kansas City, MO 64108

Oklahoma Office
15401 N. May Ave., Suite 1100
Edmond, OK 73013

**ATTORNEYS FOR DEFENDANT,
INDIVIDUALLY AND AS SOLE MEMBER OF
STEELE LAW FIRM, LLC,
STEELE LAW FIRM II, LLC,
AND STEELE CHAFFEE, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of November, 2025, a true and correct copy of the foregoing Notice of Removal, together with all exhibits thereto, was served upon the following by email to:

Douglas L. Carter

>Law Offices of Douglas L. Carter, P.C.
>2345 Grand Blvd., Suite 1675
>Kansas City, Missouri 64108
>Email: doug@carter.law
>Counsel for Plaintiffs LTC Management Services, LLC
>and Health Systems, Inc.

I further certify that a copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of Jackson County, Missouri, 16th Judicial Circuit, as required by 28 U.S.C. § 1446(d).

<u>/s/ Jonathan Steele</u>

Jonathan Steele

10

Case 4:25-cv-00926-DGK    Document 1    Filed 11/24/25    Page 10 of 10